UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION


JAMES EDWARD BASSHAM          ]
     Plaintiff,               ]
                              ]
v.                            ]          No. 1:11-0013
                              ]          Judge Trauger
REUBEN HODGE, et al.          ]
     Defendants.              ]


## O R D E R


The Court has before it defendants' Motion for Summary Judgment (Docket Entry No.192), a Report and Recommendation (Docket Entry No.268) from the Magistrate Judge urging the Court to grant the Motion, plaintiff's timely Objections (Docket Entry No. 271), and the defendants' Response (Docket Entry No.272).

In accordance with the Memorandum contemporaneously entered, the Court has reviewed these pleadings and the record *de novo* and finds that the plaintiff's Objections lack merit. Therefore, the plaintiff's Objections are OVERRULED. The Report and Recommendation is ADOPTED AND APPROVED in all respects. Defendants' Motion for Summary Judgment is GRANTED and this action is hereby DISMISSED.

It is so ORDERED.


_____
Aleta A. Trauger
United States District Judge